UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5524**

Case Title: **David Ermold; David Moore** vs. **Kim Davis**

List all clients you represent in this appeal:

> David Ermold and David Moore

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kelsi Corkran**   Signature: s/ **Kelsi Corkran**

Firm Name: **Institute for Constitutional Advocacy & Protection, Georgetown University Law Cen**

Business Address: **600 New Jersey Ave, NW**

City/State/Zip: **Washington DC 20001**

Telephone Number (Area Code): **202-661-6728**

Email Address: **kbc74@georgetown.edu**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17