No. 24-5524

---

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

DAVID ERMOLD and DAVID MOORE,

*Plaintiffs-Appellees,*

v.

KIM DAVIS, in her individual capacity,

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Eastern District of Kentucky, No. 15-cv-46

---

Michael J. Gartland
DELCOTTO LAW GROUP PLLC
200 North Upper Street
Lexington, KY 40507
(859) 225-9450
mgartland@dlgfirm.com

Joseph D. Buckles
BUCKLES LAW OFFICE
149 N. Limestone
Lexington, KY 40507
(859) 231-5800
joe@joebuckles.com

William Powell
Kelsi B. Corkran
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY & PROTECTION
GEORGETOWN UNIVERSITY LAW
   CENTER
600 New Jersey Avenue NW
Washington, DC 20001
(202) 661-6629
whp25@georgetown.edu

*Counsel for Plaintiffs-Appellees*

---

## APPELLEES' CONSENT MOTION FOR AN EXTENSION OF TIME
## TO FILE THEIR RESPONSE BRIEF

---

1

Appellees respectfully file this motion, pursuant to Fed. R. App. P. 26(b) and 6th Cir. R. 26(a), for an extension of time of 30 days in which to file their response brief in this case. The brief is currently due on August 21, 2024. If the Court grants Appellees' motion, the brief would be due on September 20, 2024.

This motion is supported by good cause based on the following:

1.      This appeal was filed on May 30, 2024. Appellant filed her opening brief on July 22, 2024.

2.      Appellees recently retained the Institute for Constitutional Advocacy & Protection as counsel for this appeal. A 30-day extension is necessary for Appellees' new counsel to bring themselves up to speed on this case and to prepare the response brief.

3.      The extension is also necessary due to the press of other litigation deadlines faced by Appellees' new counsel, including a reply brief due on August 26, 2024, before the en banc Sixth Circuit in *Brown v. Yost*, No. 24-3354. Appellees' new counsel also have a supplemental brief due on July 29, 2024, in *Vullo v. National Rifle Association*, Second Circuit No. 21-636; a brief in opposition to certiorari due on August 26, 2024, in *LeBlanc v. McNeal*, Supreme Court No. 24-19; and a reply brief due on September 13, 2024, in *Frazier v. Prince George's County, Maryland*, Fourth Circuit No. 24-1380.

4.     Appellees have not previously sought any extensions of time for filing their response brief.

5.     Appellant's counsel has conveyed that Appellant has no objection to the requested 30-day extension.

Respectfully submitted this 26th day of July, 2024.

_/s/ William Powell_
William Powell
INSTITUTE FOR CONSTITUTIONAL
    ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW
    CENTER
600 New Jersey Ave. NW
Washington, DC 20001
(202) 661-6629
whp25@georgetown.edu
_Counsel for Plaintiffs-Appellees_

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for the United States Court of Appeals for the Sixth Circuit using the appellate

CM/ECF system on July 26, 2024. Listed counsel in this appeal are registered

CM/ECF users who will be served by the appellate CM/ECF system.

Dated: July 26, 2024

*/s/ William Powell*
William Powell