## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: October 02, 2024

Mr. Daniel J. Schmid  
Liberty Counsel  
P.O. Box 540774  
Orlando, FL 32854

Re: Case No. 24-5524, *David Ermold, et al v. Kim Davis*  
Originating Case No. 0:15-cv-00046

Dear Counsel,

The appellant's unopposed motion for an extension of time to file the reply brief for 21 days has been GRANTED. The reply brief is now due **November 1, 2024**.

Sincerely yours,

s/Robin L Baker  
Case Manager  
Direct Dial No. 513-564-7014

cc: Mr. Joseph Daniel Buckles  
 Ms. Kelsi Brown Corkran  
 Mr. Anthony Charles Donahue  
 Mr. Michael Joseph Gartland  
 Mr. William Powell  
 Mr. Mathew D. Staver