# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 28, 2025

Mr. Daniel J. Schmid
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854

Re: Case No. 24-5524, *David Ermold, et al v. Kim Davis*
Originating Case No. : 0:15-cv-00046

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
Case Manager
Direct Dial No. 513-564-7077

cc: Mr. Joseph Daniel Buckles
Ms. Kelsi Brown Corkran
Mr. Anthony Charles Donahue
Mr. Michael Joseph Gartland
Mr. William Powell
Mr. Mathew D. Staver

Enclosure