## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 06, 2025

Mr. Robert R. Carr
Eastern District of Kentucky at Ashland
1405 Greenup Avenue
Ashland, KY 41101-0000

          Re:  Case No. 24-5524, *David Ermold, et al v. Kim Davis*
                Originating Case No. 0:15-cv-00046

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Robin L Baker
                                      Case Manager
                                      Direct Dial No. 513-564-7014

cc:  Mr. Joseph Daniel Buckles
      Ms. Kelsi Brown Corkran
      Mr. Anthony Charles Donahue
      Mr. Michael Joseph Gartland
      Mr. William Powell
      Mr. Daniel J. Schmid
      Mr. Mathew D. Staver

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-5524

_____

Filed: May 06, 2025

DAVID ERMOLD; DAVID MOORE

    Plaintiffs - Appellees

v.

KIM DAVIS, Individually

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 03/06/2025 the mandate for this case hereby issues today.

COSTS: None