# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 10, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Nov 13, 2025
KELLY L. STEPHENS, Clerk

Re: Kim Davis
v. David Ermold, et al.
No. 25-125
(Your No. 24-5524)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Foundation for Moral Law for leave to file a brief as *amicus curiae* is denied. The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk